UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY DEWAYNE PITTMAN,<br>Plaintiff,<br>v.<br>ROAMLY INSURANCE GROUP, LLC, et al.,<br>Defendants. | Case No. 25-cv-04324-PCP<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Randy Dewayne Pittman seeks to recover the value of an allegedly-stolen motorhome from several insurance companies and a storage company. Plaintiff's most recent activity in this litigation occurred on December 29, 2025. *See* Dkt. No. 60. Since then, defendants state that plaintiff has failed to respond to their discovery requests, including by failing to respond to email and telephone calls on August 21, October 14, and October 20, 2026. Dkt. No. 65, PageID 280. Further, the parties stipulated to mediation, Dkt. No. 55, but on November 16, 2026, the selected mediator certified to the Court that "despite several attempts over an extended period, the mediator has been unable to connect with Plaintiff and is unable to schedule a session." Dkt. No. 66. Given plaintiff's failure to participate in mediation and failure to respond to defendants' discovery requests, plaintiff is ORDERED to show cause why the case should not be dismissed for failure to prosecute. Plaintiff must file a response to this order by December 15, 2026.

**IT IS SO ORDERED.**

Dated: November 17, 2026

P. Casey Pitts
United States District Judge

United States District Court
Northern District of California